# HANG & ASSOCIATES, PLLC

ATTORNEYS AT LAW
136-20 38th Avenue, Suite 10G
Flushing, New York 11354

June 2, 2020

Shan Zhu, Esq.
Tel : (718) 353-8522
Fax: (718) 353-6288
Email: szhu@hanglaw.com

**VIA ECF**

The Honorable James Orenstein
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: **Zhou v. Iris Tea & Bakery Inc. et al**
       **Civil Action No.1:19-cv-05970**
       Status Report

Dear Hon. James Orenstein:

  This firm represents the Defendants in the above-referenced matter. I am writing jointly with the Plaintiff's counsel in anticipating the telephonic conference on June 3, 2020. Parties regard to the late submission of this status report.

  The Parties have complied with the Court's January 8, 2020 scheduling order. Parties exchanged the initial disclosure. Both parties served the discovery requests before February 28. However, the both sides' discovery requests are outstanding.

  Parties anticipate to furnish the discovery responses on or before June 12.

               Respectfully submitted,

               _/s/ Shan Zhu_
               Shan Zhu, Esq.

Cc: All counsel of record (via ECF)