| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | Civil Conference<br>Minute Order |
| Before: James Orenstein<br>        U.S. Magistrate Judge | Date:   10/26/2020<br>Time:   12:30 p.m. |

*Ming Yuan Zhou v. Iris Tea & Bakery Inc., et al.*
19-CV-5970 (MKB) (JO)

Type of Conference:  Telephone

Appearances:   Plaintiff       Richard A. Chen

               Defendants    Shan Zhu

Scheduling: There are no further conferences scheduled before me at this time.

Summary: The parties reported over two months ago that they had reached an agreement to settle the case. The defendants now refuse to sign execute the writing reflecting the terms to which the parties agreed and that the plaintiff has executed. In the absence of an agreement, the parties shall submit a joint pretrial order that fully conforms to Judge Brodie's individual practice requirements, which was originally due over a month ago, by October 30, 2020.

SO ORDERED

       /s/       
James Orenstein
U.S. Magistrate Judge
